UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Holding a Criminal Term

Grand Jury Sworn in on September 30, 2004

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | CRIMINAL NO. **06-141** |
| v. | : | GRAND JURY ORIGINAL |
| **ROBERT JENKINS,** | : | VIOLATION: 18 U.S.C. §922(g)(1) |
| **Defendant.** | : | (Unlawful Possession of a Firearm and |
| | : | Ammunition by a Person Convicted of a Crime |
| | : | Punishable by Imprisonment for a Term |
| | : | Exceeding One Year); |
| | : | 21 U.S.C. §844(a) |
| | : | (Simple Possession of a Controlled Substance) |

## INDICTMENT

The Grand Jury charges that:

### COUNT ONE

On or about November 5, 2005, within the District of Columbia, **ROBERT JENKINS**, having been convicted of a crime punishable by imprisonment for a term exceeding one year, in the Circuit Court for Prince George's County, Maryland, Criminal Case No. CT001027B, did unlawfully and knowingly receive and possess firearms, that is, a Mossberg 12 gauge shotgun, a Lorcin .380 caliber handgun, a H&K 9mm semi-automatic pistol, a Glock .40 caliber semi-automatic pistol, and a AMT .380 caliber handgun, and did unlawfully and knowingly receive and possess ammunition, that is, .380 caliber ammunition, 9mm ammunition, and .40 caliber ammunition, which had been possessed, shipped and transported in and affecting interstate and foreign commerce.

**(Unlawful Possession of a Firearm and Ammunition by a Person Convicted of Crime Punishable by Imprisonment for a Term Exceeding One Year**, in violation of Title 18, United States Code, Section 922(g)(1))

## COUNT TWO

On or about November 5, 2005, within the District of Columbia, **ROBERT JENKINS**, did unlawfully, knowingly and intentionally possess a mixture and substance containing a detectable amount of cannabis, also known as marijuana, a Schedule I controlled substance.

(**Simple Possession of a Controlled Substance**, in violation of Title 21, United States Code, Section 844(a))

A TRUE BILL:

FOREPERSON.

Attorney of the United States in
and for the District of Columbia