UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-141 (CKK) |
| : | |
| ROBERT JENKINS : | |
| : | |
| Defendant. : | |
| : | |

## MOTION FOR ISSUANCE OF ARREST WARRANT

The United States of America, by and through the United States Attorney for the District of Columbia, respectfully moves the Honorable Court, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, for the issuance of an arrest warrant for the defendant, and in support thereof states as follows:

1.  The defendant in the above-captioned case is charge by way of indictment of unlawful possession of a firearm and ammunition by a person convicted of a crime punishable by imprisonment for a term exceeding one year, in violation of Title 18, United States Code, Section 922(g)(1), and simple possession of a controlled substance, in violation of Title 21, United States Code, Section 844(a). The indictment was filed on May 26, 2006.

2.  Pursuant to Rule 9 of the Federal Rules of Criminal Procedure, the Court must issue a warrant (or at the government's request, a summons) for each defendant named in an indictment. Fed. R. Crim. Proc. 9(a). Further, the warrant is to be signed by the "clerk." Fed. R. Crim. Proc. 9(b). At the time the indictment was returned in this case, the United States submitted the form customarily given to the Court for the issuance of a warrant. A copy of the completed form that accompanied the indictment in this case is attached hereto as Exhibit A.

3. For reasons that remain unknown, a warrant has not yet been issued in this case for the defendant's arrest. On June 6, 2006, the undersigned Assistant United States Attorney was contacted by the Court's deputy clerk, who suggested that the government file a request for an arrest warrant in this case. Accordingly, the United States hereby moves this Court to grant the government's motion and direct the Clerk of Court to sign the accompanying warrant form attached hereto as Exhibit A.

WHEREFORE, the United States of America respectfully requests that this Honorable Court grant the government's motion and order the Clerk of Court to sign the accompanying warrant form attached as Exhibit A.

Respectfully submitted,

KENNETH L. WAINSTEIN
United States Attorney

By: _____
Perham Gorji
Assistant United States Attorney
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822

<u>EXHIBIT A</u>

-3-