UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **CRIMINAL NO. 06-141 (CKK)** |
| : | |
| **ROBERT JENKINS** : | |
| : | |
| **Defendant.** : | |
| _____ : | |

## ORDER

Upon consideration of the United States' Motion for Issuance of Arrest Warrant, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, and seeing that an indictment was filed in the above-captioned case, it is this _____ day of _____, 2006, hereby

**ORDERED** that the United States' Motion for Issuance of Arrest Warrant is **GRANTED**, and it is

**HEREBY FURTHER ORDERED** that the Clerk of Court shall sign the warrant form attached as Exhibit A to the Motion.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge


Copies to:
Clerk of Court
AUSA Perham Gorji