# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| UNITED STATES OF AMERICA | DOCKET NO: | MAGIS. NO: |
|---|---|---|
| V. ROBERT JENKINS | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED: Robert Jenkins, 4660 Martin Luther King Jr., Avenue, Washington, D.C. 20020 | |
| DOB: 8/5/78   PDID: | | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;

SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE

**IN VIOLATION OF:** UNITED STATES CODE TITLE & SECTION: 18:922(g)(1); and 21:844(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: |
|---|---|
| | |

| ORDERED BY: MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE): U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED: 5/26/06 |
|---|---|---|
| CLERK OF COURT: Nancy Mayer-Whittington | BY DEPUTY CLERK: | DATE: 5/26/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:   Yes   No X | | OCDETF CASE:   Yes   No X |

# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| **UNITED STATES OF AMERICA**<br><br>V.<br><br>**ROBERT JENKINS**<br><br><br>DOB:  PDID: | DOCKET NO: | MAGIS. NO: |
| | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Robert Jenkins | |
| **WARRANT ISSUED ON THE BASIS OF:** INDICTMENT | DISTRICT OF ARREST | |
| **TO:** ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | |

**YOU ARE HEREBY COMMANDED** to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

## DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;

SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE

**IN VIOLATION OF:**  UNITED STATES CODE TITLE & SECTION:

18:922(g)(1); and 21:844(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| | | |
| **ORDERED BY:**<br>MAGISTRATE JUDGE KAY | **SIGNATURE (JUDGE/MAGISTRATE JUDGE)**<br>U.S. MAGISTRATE JUDGE ALAN KAY | **DATE ISSUED:**<br>5/26/06 |
| **CLERK OF COURT:**<br>Nancy Mayer-Whittington | **BY DEPUTY CLERK:** | **DATE:**<br>5/26/06 |

## RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:  Yes   No  X |

DEFENDANT'S INFORMATION SHEET

THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:

DEFENDANT'S NAME: __Robert Jenkins__

ALIAS: _____

LAST KNOWN RESIDENCE: __4660 Martin Luther King Jr. Avenue, SE, Wash., DC 20020__

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: __Washington, D.C.__

DATE OF BIRTH: __8/5/78__

SOCIAL SECURITY NUMBER: __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__

HEIGHT: _____   WEIGHT: _____

SEX: _____   RACE: _____

HAIR: _____   EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS:

FBI NUMBER: _____

COMPLETE DESCRIPTION OF AUTO:

INVESTIGATIVE AGENCY AND ADDRESS: __ATF__