## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA      :

            : 

         v.                  :       CRIMINAL NO.  06-141 (CKK)

            :

ROBERT JENKINS           :

            :

     Defendant.           :

                                :

### ORDER

Upon consideration of the United States' Motion for Issuance of Arrest Warrant, pursuant to Rule 9 of the Federal Rules of Criminal Procedure, and seeing that an indictment was filed in the above-captioned case, it is this ____11th____ day of ____June____, 2006, hereby

**ORDERED** that the United States' Motion for Issuance of Arrest Warrant is **GRANTED**, and it is

**HEREBY FURTHER ORDERED** that the Clerk of Court shall sign the warrant form attached as Exhibit A to the Motion.

_____

COLLEEN KOLLAR-KOTELLY
United States District Judge

Copies to:
Clerk of Court
AUSA Perham Gorji