## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 06-141 (CCK) |
| | : | |
| ROBERT JENKINS | : | |
| | : | |
| Defendant. | : | |
| _____ | : | |

### NOTICE OF FILING

The government requests that the attached discovery letter, dated June 15, 2006, without enclosures, be made part of the record in this case.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney


By:   _____
       Perham Gorji
       Assistant United States Attorney
       Delaware Bar No. 3737
       U.S. Attorney's Office
       555 4th Street, N.W., Rm. 4233
       Washington, D.C. 20530
       (202) 353-8822

### Certificate of Service

I hereby certify that a copy of the Notice of Filing and the attached discovery letter dated June 15, 2006, with enclosures, were served by first class mail upon counsel of record for the defendant, Danielle Jahn, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004, this __15th___ day of June, 2006.

                _____
                Assistant United States Attorney