# WARRANT FOR ARREST

CO-180 (Rev. 4/02)

| UNITED STATES DISTRICT COURT | FOR THE DISTRICT OF COLUMBIA | |
|---|---|---|
| UNITED STATES OF AMERICA | DOCKET NO: 06CR141 | MAGIS. NO: |
| v.<br><br>ROBERT JENKINS | NAME & ADDRESS OF INDIVIDUAL TO BE ARRESTED<br><br>Robert Jenkins | |
| DOB:   PDID: | FILED | |
| WARRANT ISSUED ON THE BASIS OF: INDICTMENT | DISTRICT OF ARREST | JUN 1 6 2006 |
| TO: ANY UNITED STATES MARSHAL OR OTHER AUTHORIZED OFFICER | CITY | NANCY MAYER WHITTINGTON, CLERK<br>U.S. DISTRICT COURT |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the nearest available Magistrate Judge to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

UNLAWFUL POSSESSION OF A FIREARM AND AMMUNITION BY A PERSON CONVICTED OF A CRIME PUNISHABLE BY IMPRISONMENT FOR A TERM EXCEEDING ONE YEAR;

SIMPLE POSSESSION OF A CONTROLLED SUBSTANCE

*Quash Warrant for Arrest June 16, 2006.*
*Judge C Koller-Kotelly*

**IN VIOLATION OF:**
UNITED STATES CODE TITLE & SECTION:
18:922(g)(1); and 21:844(a)

| BAIL FIXED BY COURT: | OTHER CONDITIONS OF RELEASE: | |
|---|---|---|
| ORDERED BY:<br>MAGISTRATE JUDGE KAY | SIGNATURE (JUDGE/MAGISTRATE JUDGE)<br>U.S. MAGISTRATE JUDGE ALAN KAY | DATE ISSUED:<br>5/26/06 |
| CLERK OF COURT:<br>Nancy Mayer-Whittington | BY DEPUTY CLERK:<br>Dorothy Jones Patterson | DATE: 6-13-06<br>5/26/06 |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |
| HIDTA CASE:  Yes   No  X | | OCDETF CASE:   Yes   No  X |