

U.S. Department of Justice
United States Attorney
District of Columbia

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C. 20530*

# USAO-DC
# FAX
## Cover

| | | | | |
|---|---|---|---|---|
| To: | Danielle Jahn | | From: | Perham Gorji |
| Fax: | 202-501-3829 | | Phone: | 202-353-8822 |
| Date: | June 27, 2006 | | | |
| Re: | U.S. v. Robert Jenkins, 06-141 | | | |
| Page(s): | 3 including cover | | | |

COMMENTS:

Enclosed is a copy of the Writ of Restitution and court printout I provided earlier today as part of discovery in this case.

---

## U.S. ATTORNEY FACSIMILE COMMUNICATION

**WARNING: Information attached to this cover sheet is U.S. Government Property. If you are not the intended recipient of this information, disclosure, reproduction, distribution, or use of this information is prohibited. Please notify the originator immediately to arrange for proper disposition.**

## WRIT OF RESTITUTION

Ms. Kris Thomas
(202) 563-2300

### Superior Court of the District of Columbia
#### CIVIL DIVISION, LANDLORD AND TENANT BRANCH

OCT 1 8 2005

WINGATE DEVELOPMENT OF DC LP

_____, *Plaintiff*

*vs.*                                          L&T _____ 29241-05

Robert Jenkins

_____, *Defendant*          **DEC 2 7 2005**

### The President of the United States to the Marshal for said District of Columbia, Greeting:

YOU ARE HEREBY COMMANDED, without delay, to cause the plaintiff to have possession of

premises No. ___4660 Martin Luther King Jr Avenue, SW #B904___

___Washington, DC  20032___

according to his recovery in this action. Return this writ to this Court immediately after you have executed it, and within seventy-five days from the date hereof, so indorsed as to show when and how you have executed the same.

Witness, the Honorable Chief Judge of said Court, this __14th__ day of __October__,

A.D. 20 __05__.

Total costs of this case to date are $ __145.00__          CLERK OF THE COURT






**Close  Open  Save  Print    Add  Search    FullScr Custdy Parties Image  Forms Sumry Tickler Events**

**Track  Report  Labels Docket System  Calc  Re-  View  Dkt ID Options  Doc**
**Notes    Order**

**Dismis**

2005 LTB 029241        WINGATE DEVELOPMENT OF DC LP   VS.  JENKINS, ROBERT        L&TC

Search Criteria
  Docket Entry                                    ⬇    Begin Date              SortDescending
  Images        All Dockets                            End Date
  Participant                                     ⬇
  Display OptionExclude Non Display Dockets

Search Results

| Docket Date | Reference | Description | Amt Owed/ Amt Dism/Credit | Amount Due |
|---|---|---|---|---|
| 11/15/2005 | | Writ of Restitution Executed  on 11/07/05. BT | | |
| 10/13/2005 | | Writ of Restitution Approved on 10/13/2005 by LY. | 145.00 | |
| | | Receipt: 70841  Date: 10/13/2005 | | |
| 10/5/2005 | | Notice toTenant of Payment Required to Avoid Eviction, No Late Fees Requested Filed 10/5/05, DOCKETED 10/5/05 SJ | | |
| 10/5/2005 | | Servicemembers Civil Relief Act Affidavit Filed on 10/5/05. Therefore Judgment for Plaintiff for Possession is Entered. Docketed 10/5/05 SJ | | |
| 9/29/2005 | | Initial Hrg Not Held. Default Entered. Tenant Failed to Appear at Roll Call The following event: Initial Hearing scheduled for 09/29/2005 at 9:00 am has been resulted as follows: | | |
| | | Result: Initial Hrg Not Held. Default Entered at Roll Call | | |
| 9/21/2005 | | Affidavit of Service of Summons & Complaint by Personal Service Filed 9/21/05, DOCKETED 9/22/05 SJ | | |
| 9/7/2005 | | Event Scheduled Event: Initial Hearing Date: 09/29/2005   Time: 9:00 am Judge: LANDLORD & TENANT, COURTROOM Location: LandLord & Tenant Courtroom B-109 | | |
| 8/29/2005 | | Complaint for Non-Payment of Rent Filed Receipt: 58457  Date: 08/29/2005 | 15.00 | |