UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | CRIMINAL NO. 06-141 (CKK) |
| : | |
| ROBERT JENKINS : | |
| : | |
| Defendant. : | |
| _____ : | |

## NOTICE OF FILING

The government requests that the attached discovery letter, dated July 06, 2006, without enclosures, be made part of the record in this case.

                Respectfully submitted,

                KENNETH L. WAINSTEIN
                United States Attorney


By: _____
Perham Gorji
Assistant United States Attorney
Delaware Bar No. 3737
U.S. Attorney's Office
555 4th Street, N.W., Rm. 4233
Washington, D.C. 20530
(202) 353-8822


## Certificate of Service

    I hereby certify that a copy of the Notice of Filing and discovery letter dated July 6, 2006, with enclosures, were served by mail upon counsel of record for the defendant, Danielle Jahn, Federal Public Defender, 625 Indiana Avenue, NW, Suite 550, Washington, DC 20004,  this __6th___ day of July, 2006.


                _____
                Assistant United States Attorney