

**U.S. Department of Justice**

United States Attorney

*District of Columbia*

*Judiciary Center*
*555 Fourth St. N.W.*
*Washington, D.C.  20001*

July 6, 2006

**By U.S. Mail**
Danielle Jahn
Federal Public Defender
625 Indiana Ave., N.W.
Suite 550
Washington, DC 20004
202-208-7500 ext. 135
dani_jahn@fd.org

        Re:    United States v. Robert Jenkins
                  Case No. 06-141 (CKK)

Dear Counsel:

     I am writing to provide you with certain information in response to your request for discovery pursuant to Rule 16 of the Federal Rules of Criminal Procedure.  Copies of the following documents are enclosed with this letter:  Fingerprint Laboratory Report by Alison Rees (1 page), and five firearms reports (1 page each).  If you have any questions, please contact me at my office, (202) 353-8822.

                                     Sincerely,

                                       Perham Gorji
                                       Assistant United States Attorney

cc: District Court Case File (without attachments)