UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| v. : | Judge Colleen Kollar-Kotelly |
| **ROBERT JENKINS** : | Criminal Action No. **06cr141** |
| Defendant : | |

## ORDER

It is this 6th day of July, 2006,

**ORDERED** that the Court hereby directs the Probation Office to prepare the criminal history calculation of the sentencing guidelines for inclusion in a presentence report to be provided to the Court on or before <u>August 17, 2006</u>. *[Prior to the next court hearing scheduled for August 18, 2006]*. Once the criminal history calculation for a presentence report in this case is completed it is to be shared with government's counsel and defense counsel.

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge