# United States District Court
# for the District of Columbia

UNITED STATES OF AMERICA

v.

**Robert Cornelius JENKINS**

Case No. 06-CR141

**FILED**

JUL - 6 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## O R D E R

1. Upon a representation by the United States that the defendant has never been the subject of "routine processing" (booking, fingerprinting, photographing) in this case:

2. It is this _____6th_____ day of _____July, 2006_____ ORDERED:

3. That if the defendant is released on bond that he or she be accompanied on ___July 6th, 2006___ by _____ATF Special Agent Joshua Green_____ to the Central Cell Block of the Metropolitan Police Department, to the United States Marshal's Office and to _____N/A_____

_____ for "routine processing," and that this be a condition of being released on bond:

4. That if the defendant is not released on bond, the United States Marshal shall release the defendant to the custody of _____N/A_____ for the purpose of "routine processing," and at the conclusion thereof to return the defendant to the custody of the Marshal.

_____
United States Judge
District of Columbia