UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
                                  :   CRIMINAL NO. 06-141 (CKK)
                                  :
          v.                      :
                                  :   FILED
ROBERT JENKINS,                   :
                                  :   OCT 27 2006
          Defendant.              :
                                      NANCY MAYER WHITTINGTON, CLERK
                                           U.S. DISTRICT COURT

STATEMENT OF OFFENSE

Were the Government to go to trial in the above-captioned case, the Government would prove the following facts beyond a reasonable doubt:

On November 7, 2005, deputy marshals of United States Marshals Service were executing an eviction order at 4660 MLK Avenue, S.W., Apt. B904, Washington, D.C., which residence was being leased by defendant ROBERT JENKINS. During the protective sweep and search of the unit, the deputy marshals found five firearms, ammunition and marijuana. At approximately 10:30 a.m., agents from the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") responded to the apartment to recover the items. In the defendant's bedroom, between the mattress and the box spring, were a Mossberg 12 gauge shotgun, bearing serial number K404898, and a Lorcin Model L380 pistol, bearing serial number 530956. The shotgun was unloaded and the Lorcin pistol had one round in the chamber. In the second bedroom closet, between some folded sheets, were a Heckler & Koch USP 9 mm semi-automatic pistol, bearing serial number 24-25207, and a Glock 27 .40 caliber pistol, bearing serial number BVK245. Both of these firearms contained ammunition. In addition, ammunition was found in a DVD box in the second bedroom. In the hall

closet, was an AMT .380 Kurz pistol, bearing serial number A18589. The Kurz pistol was found unloaded, in a bag also containing an empty magazine and loose ammunition. In the kitchen, ATF agents recovered additional ammunition, a digital scale and a sandwich bag containing a green leafy substance, which field tested positive for THC, and was later confirmed by DEA analysis to be marijuana, weighing approximately 3.0 grams.

The defendant was later advised of and waived his Miranda rights. The defendant stated that his god-brother, Darnell Jones, stayed in the second bedroom, but admitted possessing all of the recovered firearms. The defendant stated that he had purchased all of the firearms for approximately $1500.00.

At the time of the execution of the eviction order, the defendant had previously been convicted on November 20, 2002, in Prince Georges County Criminal Case No. CT001027B, of possession of cocaine, in violation of Article 27, Section 287 of the Annotated Code of Maryland, an offense punishable by more than one year imprisonment.

## DEFENDANT'S ACKNOWLEDGMENT

I have read and discussed the two (2) pages constituting the Statement of Offense in the above-captioned case, 06-141 (CKK), with my attorney, Dani Jahn, Esquire. I agree, and acknowledge by my signature that this factual proffer is true and correct.

Date: 10-27-06

Robert Jenkins, Defendant

Date: 10/27/06

Dani Jahn, Esq.
Attorney for Defendant Robert Jenkins