UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA        :
                                :
        Plaintiff                : CRIMINAL NO. 06-141
                                : Judge Colleen Kollar-Kotelly
vs.                             :
                                :
ROBERT JENKINS                  :
                                :
        Defendant                :

## ORDER

That the United States Probation Department shall prepare and file a pre sentence report for **ROBERT JENKINS**, by no later than **JANUARY 30, 2007**; and it is

**FURTHER ORDERED** that the parties shall file Memorandum in Aid of Sentencing, by no later than **FEBRUARY 16, 2007**; and it is

**FURTHER ORDERED** that the parties shall file its response to the Pre-sentence report, by no later than **FEBRUARY 23, 2007**; and it is

**FURTHER ORDERED** that the defendant shall be sentenced in Courtroom #28A on **MARCH 9, 2007 AT 9:00 A.M.**

IT IS SO ORDERED,

Date: Nov. 6, 2006

_____
Colleen Kollar-Kotelly
United States District Judge

cc:  Chambers      Perham Gorji, AUSA
     File          Danielle Jahn, AFPD
     Pretrial      Probation