Robert C. Jenkins, Sr.
2301 White Owl Way
Suitland, MD 20746
February 16, 2007


Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001


Dear Judge Kollar-Kotelly:

I am Robert C. Jenkins, Sr., the father of Robert, Jr. My son is a great kid. He's very responsible and always taking care of business. When Robert was 14 years old, I sent him to live with his grandmother in Northwest, Washington, D.C. where he attended Theodore Roosevelt High School. When he was 17 years old, his grandmother passed. Due to the devastation of losing his grandmother, he dropped out of high school. Although he dropped out, he got a job and has been working ever since. Yes, he has had his share of rough times and making poor choices, yet he always seems to stay focus on what he needs to do as a man and provider for his family. Robert has never been disrespectful to me. He has a wonderful personality and you can always catch him smiling. Everyone always has positive things to say about him. Robert understands that he has made a big mistake but has accepted responsibility. His main priority is to care for his daughter, Sydney, who is 3 years old. He has been responsible for her since she was 3 months old. We do a lot of family things together such as cookouts, Sunday breakfast and dinner. Since his sister passed away in 1991 at the age of 6, he's been my backbone. In my eyes, he does everything right when it comes to being a parent, son, and friend. I know Robert would never put himself in a situation like this again. Robert needs to be home because he has people who rely and depend on him. Please give him the chance to continue in his responsibilities. Thanks.



Sincerely,



Robert Jenkins, Sr.

Gregory Williams
4805 Beech Road
Temple Hills, MD 20748
February 16, 2007


Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001


Dear Judge Kollar-Kotelly:

I am Gregory Williams, Manager and Owner of United States Digital Service (USDS), the contracting company for Comcast. Mr. Jenkins is employed with my company. He is a work of art and I compliment him all the time. For Mr. Jenkins to be 28 years old, he is an example to my staff. He is truly a role model, which all parents wish for their children to be productive in life. I've known Mr. Jenkins for about 5 or 6 years now and he's 1 of 10 out of 30 to 40 techs that I have a personal relationship with. I am not sure of what he does outside of work, however, I know that he always adamant about making sure that he finishes on time to pick up his little girl from daycare. His work skills are excellent. When I learned of his situation, I was taken aback because I know Mr. Jenkins to be a responsible man and accountable. Therefore, I wish Mr. Jenkins much success with his case and I pray for him everyday. He's a good example for my company as he exemplifies how an employee should be. He's a great guy!


Sincerely,



Gregory Williams

Kissa M. Robinson
4702 Pistachio Lane
Capitol Heights, MD 20743
February 16, 2007


Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001


Dear Judge Kollar-Kotelly:

It is with great pleasure that I write this letter on the behalf of Robert Jenkins, Jr. We have been good friends for approximately 6 years.

Over the years, I have seen a tremendous growth in Robert's behavior and actions. Although he has always displayed above average level of responsibility, his overall goal is to be a father to his daughter. Fatherhood alone has developed his character and provided him with ambition. He has demonstrated a higher degree of responsibility in caring for her by raising her without help. He is definitely a leader rather than a follower. In addition to being a father, he maintains a full-time job. In his free time, he spends time with his family and friends. He jumps to every opportunity to be supportive of his family and friends.

He is also respectful, considerate, and dependable. My observation of his current behavior allows me to believe that he is renewed. From this experience, he has exhibited good judgment and shown a mature, logical and practical outlook to actively pursue his future endeavors of becoming an entrepreneur.

Robert is an asset to his daughter, family and friends, and I am happy to give him my wholehearted endorsement.

Sincerely,



Kissa M. Robinson