UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Cr. No. 06-141 (CKK) |
| | : | |
| **ROBERT JENKINS,** | : | |
| | : | |
| **Defendant** | : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING HEARING

Defendant, Robert Jenkins, through undersigned counsel, respectfully moves the Court to continue the current sentencing date in the above-captioned case which is currently set for Friday, March 9, 2007 at 4:00 p.m. As grounds for this motion, defense counsel submits:

1. Sentencing in this matter is currently scheduled for Friday, March 9, 2007 at 4:00 p.m.

2. Louise Cashwell, the defendant's paternal aunt, has passed away. Funeral arrangements are being handled by Church of the Cross located at 1700 Ashwood Blvd., Charlottesville, Virginia. Counsel has been informed that Ms. Cashwell's funeral services will begin at 9 a.m. on Saturday, March 10, 2007.

3. Undersigned counsel has contacted Assistant United States Attorney, Perham Gorji who has no opposition to this request. If the Court is available, all parties are able to appear for sentencing in this case anytime in the afternoon on Wednesday, March 14, 2007; or anytime in the morning on Friday, March 16, 2007.

4. WHEREFORE, it is respectfully requested that this Court issue an ORDER to continue the sentencing date in this matter so that Mr. Jenkins may attend his aunt's funeral on March 10, 2007 in Charlottesville, Virginia.

       Respectfully submitted,

       A.J. KRAMER
       FEDERAL PUBLIC DEFENDER


       _____/s/_____
       Danielle C. Jahn
       Assistant Federal Public Defender
       625 Indiana Avenue, N.W., Ste 550
       Washington, D.C.  20004
       (202)  208-7500