# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Cr. No. 06-141 (CKK)** |
| | : | |
| **ROBERT JENKINS,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing Hearing, it is hereby

**ORDERED** that the Motion is granted; and it is re-scheduled for _____ at _____ a.m./p.m.

**SO ORDERED.**

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE