UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA    :
                            :
v.                          :    Cr. No. 06-141 (CKK)
                            :
ROBERT JENKINS,             :
                            :
    Defendant               :

### ORDER

Upon consideration of the Defendant's Unopposed Motion to Continue the Sentencing Hearing, it is hereby

**ORDERED** that the Motion is granted; and it is re-scheduled for March 14, 2007 at 2:00 ~~a.m.~~/p.m.

**SO ORDERED.**

_____
THE HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

March 9, 2007

AUSA
FPD
U.S. Probation Office