Robert C. Jenkins, Jr.
4702 Pistachio Lane
Capitol Heights, MD 20743
April 5, 2007

RECEIVED
APR 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Honorable Colleen Kollar-Kotelly
United States District Judge
333 Constitution Avenue, NW
Washington, DC 20001



4/10/07

Let this be filed. — Kotelly
Judge CK
April 12, 2007

06 cr 141

Dear Judge Kollar-Kotelly:

I, Robert C. Jenkins, Jr., am completely rehabilitated and transformed, and I am writing to express my concern about the recent decision of imprisonment in my case. I am not that person and would like for my case to be reevaluated for a lesser sentence of house arrest or probation. If the decision is overturned, it will allow me to continue to work and take care of my daughter, as I am the one responsible for her care.

Approximately sixteen months have passed since the time of the charge and during that time prior to the sentencing, I have tremendously changed my life by surrounding myself with positive people. This change has allowed me to put things into perspective, so that I can establish a life without negative unnecessary stress. I am being responsible by continuing to work, take care of my daughter, and my living arrangements have changed. At this time, my family and I are not ready for me to spend time away. My responsibilities alone exceed what my family can handle at this time. I think I have lost and suffered enough from the initial time of arrest to the decision of imprisonment. Not to mention I have been extremely cooperative throughout the entire process, as well as, have been compliant with the instructions given to self-report each week.

Therefore, I do not believe that imprisonment is the best punishment for me in my case.

Sincerely,

Robert C. Jenkins, Jr.

Robert C. Jenkins, Jr.