UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,

v.

ROBERT JENKINS,

Defendant.

Crim. No. 06–141 (CKK)

FILED

APR 18 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**ORDER**
(April 18, 2007)

On April 10, 2007, the Court received a letter from Defendant Robert Jenkins, dated April 5, 2007, which the Court shall treat as a request to modify Defendant's sentence. On April 12, 2007, the Court indicated to the Clerk's office that said letter should be filed on the public docket.

Defendant was sentenced in this case on March 14, 2007, and a Judgment was issued thereafter. All of the issues raised in Defendant's letter requesting a modification of his sentence were fully considered by the Court at the time of his sentencing.

Accordingly, it is, this 18th day of April, 2007,

ORDERED that Defendant's request is DENIED.

/s/
COLLEEN KOLLAR-KOTELLY
United States District Judge