HONORABLE COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ORDER TO SURRENDER

FILED

MAY 11 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES OF AMERICA

vs.

Robert Jenkins                                                    Docket No.: CR 06-141

TO:   DIRECTOR, FEDERAL BUREAU OF PRISONS

It is hereby **ORDERED** that __Robert Jenkins__ having been sentenced, on March 14, 2007, in the above case to the custody of the Bureau of Prisons, surrender himself to the Bureau of Prisons by reporting to __FCI Petersburg__, in __Petersburg, VA__ by 2 p.m., on __May 24, 2007__.

__5/11/07__
Date

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE

**ACKNOWLEDGMENT:** I agree to report as directed in this Order and understand that if I fail to do so, I may be cited for Contempt of Court, and if convicted of this offense, may be punished by imprisonment or fine, or both.

_____                    _____
**ATTORNEY/U.S. PROBATION OFFICER**           **DEFENDANT**

Revised 6-2004