UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>ROBERT JENKINS,<br><br>Defendant. | Crim. Action No. 06-141 |

## ORDER

This matter comes before the Court upon the receipt of a Report and Recommendation dated March 9, 2011, from Magistrate Judge John Facciola, that recommends revoking Defendant's supervised release.

Accordingly, it is this __16__ day of March, 2011,

**ORDERED** that this case is hereby scheduled for a final hearing on violations and consideration of the recommendation made by the Magistrate Judge in his Report and Recommendation to the Court. The hearing shall be held on March 29, 2011, at 9:30 a.m. in Courtroom 28A.

COLLEEN KOLLAR-KOTELLY
United States District Judge